# TRIAL COURT OFFICIAL'S
# REQUEST FOR EXTENSION OF TIME TO FILE RECORD

Court of Appeals No. (If known):   12-15-00124-CR

Trial_Court_Style: State_of_Texas_vs_JOHN THOMAS CONGLETON

Trial Court & County: 369th Judicial District, Anderson County, Texas   Trial Court No.:30906

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
7/9/2015 4:18:04 PM
CATHY S. LUSK
Clerk

Date Trial Clerk's Record Originally Due:_____

Date Court Reporter's/Recorder's Record Originally Due:_____07/09/15_____

Anticipated Number of Pages of Record: _____N/A_____

I am responsible for preparing a record in this appeal but I am unable to file the record by the original due date for the following reason/s:   (Check all that apply - attach additional pages if necessary.)

[X]   to the best of my knowledge, the Appellant has made no claim of indigence and has failed to either   pay the required fee or to make arrangements to pay the fee for preparing the record.

[X]   Other. (Explain.) _____My portion of the record is complete and just awaiting payment. Misty McAdams reported a portion of the record. I'm not sure of the status of her record._____

I anticipate this record will be completed and forwarded to the 12th Court of Appeals by 07/24/15  , and **I hereby request an additional ____15____ days** within which to file it. TEX. R. APP. P. 37.3.

In compliance with TEX. R. APP. P. 9.5(e), I certify that a copy of this notice has been served on counsel for all parties to the trial Court's judgment or order being appealed. I further certify by my signature below that the information contained in this notice is true and within my personal knowledge.

07/09/15_____   /s/Nancy K. Adams_____
Date                                                         Signature

903-721-2286_____   Nancy_K._Adams_____
Office Phone Number                            Printed Name

nancy.helm.adams@gmail.com_____   369th_Official_Reporter_____
E-mail Address (if available)                  Official Title

Trial Clerk's/Court Reporter's Request for Ext/12th CA-CsL/Tyler/12-3-97/Rev.5-3-2001

TEXAS RULE OF APPELLATE PROCEDURE 9.5(e) reads:

*Certificate requirements.* A certificate of service must be signed by the person who made the service and must state:

(1) the date and manner of service;
(2) the name and addresses of each person served; and
(3) if the person served is a party's attorney, the name of the party represented by that attorney.

The following parties have been served with a copy of this document:
(Information may be either printed or typed.)

Lead Counsel for **APPELLANT(S)**:

Lead Counsel for **APPELLEE(S)**:

Name:

MR. James W. Huggler, Jr.
Attorney at Law
100 E. Ferguson Street, Suite 805
Tyler, Texas 75702
Phone no.: 903-593-2400
Attorney for:  Defendant 

MS. ALLYSON MITCHELL
DISTRICT ATTORNEY
500 N. Church Street
Palestine, TEXAS  75801
Phone no.: 903-723-7400
Attorney for: State
of Texas